IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

    vs.                                      CASE NO.:  99-260(JAF)

JUAN MAYSONET RAIMER
Defendant

* * * * * * * * * * * * * * * * * * * * * * * *

## INFORMATIVE MOTION

TO THE HONORABLE JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

    **COMES NOW,** Luis O. Encarnación-Canales, U.S. Probation Officer of this Honorable Court, and respectfully informs that on May 5, 2006, Mr. Maysonet passed away as a consequence of a cancer condition. The offender was sentenced on March 13, 2001, after he pled guilty of violating Title 21 U.S.C. § 846. He was serving a supervised release term of four (4) years at the time of his death.

    **WHEREFORE**, the undersigned respectfully is notifying that this is case is being closed.

    In San Juan, Puerto Rico, this 11th day of July 2006.

                                        Respectfully submitted,

                                        EUSTAQUIO BABILONIA, CHIEF
                                        U.S. PROBATION OFFICER

                                        s/Luis O. Encarnación
                                        Luis O. Encarnación
                                        U.S. Probation Officer
                                        Federal Office Building
                                        Office 400
                                        150 Carlos Chardón Avenue
                                        San Juan, PR 00918-1741
                                        Telephone: (787) 281-4984
                                        Fax: (787) 766-5945
                                        E-mail: luis_encarnacion@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: Mr. Rosa E. Rodríguez, U.S. Attorney.

At San Juan, Puerto Rico, July 11th, 2006.

s/Luis O. Encarnación
Luis O. Encarnación
U.S. Probation Officer
Federal Office Building
Office 400
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 281-4984
Fax: (787) 766-5945
E-mail: luis_encarnacion@prp.uscourts.gov
